NEW YORK MARINE COMPANY, as Owner of THE Steam Tug DIXIE, Libelant-Appellant, v. THE Steam Tug NEWARK, Her Engines, etc., The Delaware, Lackawanna & Western Railroad Company, Claimant-Appellant.

No. 226.

Circuit Court of Appeals, Second Circuit.

Feb. 5, 1934.

John E. Morrissey, of New York City, for appellant.

Burlingham, Veeder, Fearey, Clark & Hupper, of New York City (Chauncey I. Clark and Stanley R. Wright, both of New York City, of counsel), for appellee.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.
Decree affirmed.

Mary Foley NOAKES v. STANDARD OIL COMPANY OF KENTUCKY and S. Mc-Lemore.

No. 6445.

Circuit Court of Appeals, Sixth Circuit.

Dec. 12, 1933.

See, also, 59 F.(2d) 897.

Cleon K. Calvert and J. G. Bruce, both of Pineville, Ky., for appellant.

Bruce & Bullitt, of Louisville, Ky., for appellees.

PER CURIAM.
Judgment of District Court affirmed.

O'BRIEN BROTHERS, Inc., as Owner of THE Dumper SEASHORE, Libelant-Appellee, v. The CITY OF NEW YORK, as Owner of THE Fire Boat THOMAS WILLETT, Respondent-Appellant.

The CITY OF NEW YORK, as Owner of THE Fire Boat THOMAS WILLETT, Cross-Libelant-Appellant, v. THE Steam Tug O'BRIEN (O'Brien Brothers Company, Claimant), Cross-Respondent-Appellee.

Nos. 87, 88.

Circuit Court of Appeals, Second Circuit.

Jan. 8, 1934.

Arthur J. W. Hilly, Corp. Counsel, of New York City (Charles J. Carroll, of Brooklyn, N. Y., and William J. Leonard and John T. Condon, both of New York City, of counsel), for appellant.

Foley & Martin, of New York City (James A. Martin, of New York City, of counsel), for O'Brien.

Before MANTON, L. HAND, and CHASE, Circuit Judges.

PER CURIAM.
Decree affirmed.